IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | C.R. NO. C-08-281-1 |
| | § | |
| MARIA RAQUEL PRIETO-HINOJOSA | § | |

## ORDER DENYING RENEWED MOTION FOR A BOND

Defendant Maria Raquel Prieto-Hinojosa had previously been denied a bond. (D.E. 12). On May 20, 2008, defendant filed a motion to reopen her bond hearing. (D.E. 21). On May 21, 2008, a second detention hearing was held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of defendant pending trial in this case:

(1)  There is not any condition or combination of conditions that will reasonably assure the appearance of the defendant as required.

The evidence against defendant meets the probable cause standard. The findings and conclusions contained in the Pretrial Services Report, as well as the addendum, are adopted.

Defendant's motion request to set conditions for her release is hereby DENIED.

ORDERED this 21st day of May 2008.

_____
BRIAN L. OWSLEY
UNITED STATES MAGISTRATE JUDGE